# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl Thompson,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                           3:11cv654

Samantha Pendergrass, Keith Early,
Rekeisha Anderson,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012 Order.

                                                   Signed: August 6, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court